UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
2021 APR 28 P 1:39
CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | INDICTMENT NO. |
| ) | |
| v. ) | 18 U.S.C. § 245(b)(2)(B) |
| ) | Interference with Rights |
| TRAVIS MCMICHAEL, ) | |
| ) | 18 U.S.C. § 1201(a)(1) and (d) |
| GREGORY MCMICHAEL, and ) | Attempted Kidnapping |
| ) | |
| WILLIAM "RODDIE" BRYAN ) | 18 U.S.C. § 924(c) |
| ) | Use of a Firearm During |
| ) | a Crime of Violence |

CR221-022

## PENALTY CERTIFICATION

The undersigned attorneys hereby certify that the maximum penalties for the offenses described in the Indictment are as follows:

**Counts 1 and 2:** Interference with Rights
18 U.S.C. § 245(b)(2)(B)

- Up to life imprisonment;
- Not more than a $250,000 fine;
- Not less than five (5) years of supervised release;
- $100 special assessment; and
- Mandatory restitution under 18 U.S.C. § 3663A.

**Count 3:** Attempted Kidnapping
18 U.S.C. § 1201(a)(1) and (d)

- Up to 20 years imprisonment;
- Not more than a $250,000 fine;
- Not less than five (5) years of supervised release;
- $100 special assessment; and
- Mandatory restitution under 18 U.S.C. § 3663A.

Count 4:   Using, Carrying, Brandishing, and Discharging a Firearm
          18 U.S.C. § 924(c)(1)(A)

- Not less than ten (10) years of imprisonment, consecutive to any other sentence imposed in the case;
- Up to life imprisonment;
- Not more than a $250,000 fine;
- Not less than five (5) years of supervised release;
- $100 special assessment; and
- Mandatory restitution under 18 U.S.C. § 3663A.

Count 5:   Using, Carrying, and Brandishing a Firearm
          18 U.S.C. § 924(c)(1)(A)

- Not less than seven (7) years of imprisonment, consecutive to any other sentence imposed in the case;
- Up to life imprisonment;
- Not more than a $250,000 fine;
- Not less than five (5) years of supervised release;
- $100 special assessment; and
- Mandatory restitution under 18 U.S.C. § 3663A.

                                              Respectfully submitted,

PAMELA S. KARLAN                              DAVID H. ESTES
Principal Deputy Asst. Attorney General       Acting United States Attorney


*s/Christopher J. Perras*                     *s/Tara M. Lyons*
Christopher J. Perras                         Tara M. Lyons
Special Litigation Counsel                    Assistant United States Attorney
Criminal Section, Civil Rights Division       United States Attorney's Office
United States Department of Justice           Southern District of Georgia


*s/Barbara (Bobbi) Bernstein*
Barbara (Bobbi) Bernstein
Deputy Chief
Criminal Section, Civil Rights Division
United States Department of Justice

2