IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>TRAVIS MCMICHAEL; GREGORY MCMICHAEL; and WILLIAM BRYAN,<br><br>Defendants. | CASE NO.: 2:21-cr-22 |

**O R D E R**

This matter is before the Court following Defendant William Bryan's Motion in Limine to Exclude Evidence, the Government's Motion in Limine to Preclude Improper Argument and References to Outcome of State Prosecution, and certain sealed matters. Counsel for the Government, Defendants, and Defendants' counsel are **ORDERED** to appear for a hearing on the pending Motions and sealed matters on **January 21, 2022, at 10:00 a.m., Courtroom 3, Brunswick Federal Courthouse.** The Court will address any sealed matters during a portion of the hearing that will be closed to the public.

**SO ORDERED**, this 11th day of January, 2022.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA