IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO.: 2:21-cr-22 |
| GREGORY MCMICHAEL,<br>TRAVIS MCMICHAEL,<br>WILLIAM "RODDIE" BRYAN. | |

## O R D E R

This matter is before the Court on the Government's Unopposed Motion for Compliance with the Interstate Agreement on Detainers. Doc. 132. The Government moves the Court to amend the writs issued on January 13, 2022, docs. 125 and 126, and to explicitly order that, effective immediately, Defendants shall remain in federal custody until the resolution of the federal trial and any post-trial proceedings.

After careful consideration, the Government's Motion is **GRANTED**. **IT IS ORDERED** that upon their transfer to federal custody, Defendants shall remain in federal custody through the completion of the federal trial and any post-trial proceedings.

**SO ORDERED**, this 19th day of January, 2022.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA