# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# CLERKS MINUTES - CIVIL

| | | | |
|---|---|---|---|
| **CASE NO.** | 2:21-cr-22 | **DATE:** | 1/21/2022 |
| **TITLE:** | USA v. Travis McMichael, Gregory McMichael and William "Roddy" Bryan | | |

**HONORABLE BENJAMIN W. CHEESBRO**   **COURTROOM DEPUTY CLERK: KIM MIXON**

**COURT REPORTER:**

| | | | | | |
|---|---|---|---|---|---|
| **TAPE NO.** | BWK-CR2 | **TIME:** | 10:11-12:25 | **TOTAL:** | 2 hrs/14 minutes |

| COUNSEL FOR PLAINTIFF | COUNSEL FOR | DEFENDANT |
|---|---|---|
| Tara Lyons | Amy Lee Copeland | Travis McMichael |
| Bobby Bernstein | A.J. Balbo | Gregory McMichael |
| Chris Perras | Pete Theodocion | William Bryan |

Motions hearing to take up argument on the parties' individual Motions in Limine.
Court indicates the beginning portion of hearing will be open and will then turn to closed portion of hearing.
Defense (Pete Theodocion) moves to seal Defendant William Bryan's Motion in Limine. Doc. 105. No opposition. Court rules doc. 105 be sealed.

<u>Government's Motion in Limine to Preclude Improper Argument About and References to Outcome of State Prosecution. Doc. 122.</u>
Defense argument (Amy Lee Copeland) 10:13-10:14.
Government argument (Bobbi Bernstein) 10:14-10:19.
Court will grant this motion as opposed. Government allowed to amend the motion to request pretrial ruling on the issue for charges giving rise to this case.
Closed session of hearing begins 10:19.