IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 2:21-cr-22 |
| TRAVIS MCMICHAEL; GREGORY MCMICHAEL; and WILLIAM BRYAN, | |
| Defendants. | |

**O R D E R**

This matter is before the Court on the Government's Motion in Limine to Preclude Improper Argument and References to Outcome of State Prosecution.  Doc. 122.  This matter was addressed during a hearing on January 21, 2022, at which Defendants, Defendants' counsel, and attorneys for the Government appeared.  Doc. 124.

The Government seeks a pretrial ruling from the Court preclude Defendants from arguing at trial:

1. That Defendants should be acquitted of the federal charges against them because they have already been convicted of state murder charges and/or because they have been sentenced to terms of life imprisonment; or

2. That the federal government's decision to continue the prosecution, notwithstanding the outcome of the state trial, is unfair or politically motivated.

Doc. 122.  At the hearing, the Government also made an oral motion to amend its Motion to seek a ruling precluding any reference to discussions of negotiations regarding the resolution of the state or federal charges.  The oral motion to amend was granted, as it was unopposed.

At the hearing, Defendants stated they have no opposition to the Government's Motion. Defendants clarified they may argue they are not charged with murder in this federal case and the

elements of the pending charges are distinct, which they contend is appropriate. Further, the Government did not oppose Defendants' position—agreeing they are permitted to argue this is not a murder trial and the elements distinct. The Court discerns no inconsistency in the parties' respective positions. Accordingly, the Court **GRANTS as unopposed** the Government's Motion in Limine to Preclude Improper Argument and References to Outcome of State Prosecution. Doc. 122.

**SO ORDERED**, this 26th day of January, 2022.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA