# United States District Court

### SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

## CHANGE OF PLEA/ENTRY OF PLEA MINUTES

Case No. **CR221-22**

United States of America

vs.

**Travis McMichael**

**2:03 - 4:16**

_____

Defendant/Age

**Tara Lyons / Barbara Bernstein / Christopher Perras**
U. S. Attorney

**Amy Lee Copeland**
Attorney for Defendant

- [✓] Plea agreement **(Received).**    [✓] Defendant Sworn    [ ] Counsel Waived.
- [ ] Plea agreement previously filed.
- [ ] Arraigned and plead _____ to count(s) _____ .
- [ ] Plea of not guilty withdrawn and plea of _____ entered as to count(s) _____ of the indictment.
- [✓] Factual basis **Established.  Oral.**    Witness for factual basis **Government Proffer** .
- [ ] Adjudication of guilt ____
- [ ] Referred to probation office for pre-sentence investigation ____
- [ ] Sentencing Scheduled for _____ at _____ .
- [ ] Bond Continued ____    Bond modified to _____ .
- Bond set at _____  ____
- [ ] Bond not made defendant in jail.
- [✓] Defendant remanded to custody of United States Marshal.

**Government exhibits 1, 30, 31, 35, 38, 42, 45, 50, 51, and 109 admitted without objection.**
**Government witness S/A Richard Dial 2:45 - 3:10**
**Government wintess S/A Skyler Barnes 3:10 - 3:14**

**Victim Statement 3:15 - 3:22**
**Victim Statement 3:22 - 3:23**
**Victim Statement 3:24 - 3:28**
**Victim Statement 3:28 - 3:32**

Honorable  **Lisa Godbey Wood, U. S. District Court Judge**    Date **01/31/2022**

Court Reporter  **Debra Gilbert**    Probation Officer **Kayla**

Courtroom Deputy Clerk  **Whitney Sharp**    U.S. Marshal **Marty / Jason**

**Court  - The Plea agreement under 11(c)(1)(C) is rejected by the Court. Court is in recess until Friday.**