# In the United States District Court for the Southern District of Georgia Brunswick Division

```
UNITED STATES OF AMERICA,

v.                                          CR 221-022

TRAVIS MCMICHAEL, GREGORY
MCMICHAEL and WILLIAM BRYAN,

     Defendants.
```

### ORDER

Non-Party Cox Media Group has filed a Motion to Intervene for the limited purpose of requesting access to a laptop within the Courtroom (and other rooms within the Courthouse) in order to aid reporting of the trial. Dkt. No. 158. The Motion is **GRANTED in part and DENIED in part**. The proceeding will be open to the public and the press. Laptops, however, are not permitted.

**SO ORDERED**, this 4th day of February, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA