# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

```
UNITED STATES OF AMERICA,

v.                                       CR 221-022

TRAVIS MCMICHAEL, GREGORY
MCMICHAEL and WILLIAM BRYAN,

     Defendants.
```

### ORDER

This Order shall govern the conduct of all persons during the pendency of the jury selection and trial of this case. It will be posted on the public docket of the case, on the Court's website, at the entrance of the Courthouse, on the exterior of the Courthouse and Courtroom, and distributed to those who enter. It applies to the public, the parties, Court personnel, media, attorneys, and all others with knowledge of its content. A violation of this Order can result in a finding of contempt and exclusion from the Courthouse.

To ensure that the trial and related proceedings in this matter are conducted in an orderly manner conducive to a fair adjudication, it is **HEREBY ORDERED** as follows:

1. All entrances to the Courthouse shall be kept clear, and pedestrian traffic in and out of the Courthouse shall be unimpeded. Access into the Courthouse, and conduct in

and on the Courthouse grounds, shall be controlled by the United States Marshals and other designated law enforcement, including the United States Court Security Officers.

2. The sidewalks immediately adjacent to and surrounding the Courthouse shall be kept clear, and routine pedestrian traffic shall not be impeded.

3. There shall be no contact with jurors or prospective jurors in this case. No effort shall be made by anyone to approach or discuss this case with a juror or prospective juror.

4. There shall be no media interviews with jurors or prospective jurors in this case until the conclusion of the case.

5. No one shall publish, by any means, photographs, video, or visual reproductions (sketches, etc.) of any juror or prospective juror. Jurors' names are not to be used by anyone including the media in any discussion or report about this case during trial. Any reference to jurors shall be by juror number only.

6. There are to be no cell phones, laptops, electronic tablets, cameras, or recording devices of any kind brought into the Courthouse unless authorized in writing by this Court.

7. No interviews are to be conducted in the Courthouse by anyone.

8. The hallways outside the Courtroom are to be kept clear at all times.  Persons having some interest in the trial may sit at the available public seating areas, but there is to be no loitering or standing in large groups such as to create a safety hazard.  The U.S. Marshals may use discretion in asking spectators to leave the area.

9. There are to be no demonstrations, distribution of pamphlets, or displaying of placards in the hallways or lobby of the Courthouse.  Area(s) outside the Courthouse shall be designated by officials for lawful demonstrations.

10. During trial there will be limited seating in the Courtroom.  The families of the victim and those of the Defendants shall have priority.  Seating will also be designated for the media.  Marshals will assess the seating in the Courtroom.  If it is apparent that additional seating is available for the public, then seats will be allocated on a first come basis.  All persons must be in the Courtroom and seated five (5) minutes before the time set for each session.  Once the session commences, if a spectator leaves (excluding

family members), that individual's seat shall be made available to anyone waiting to enter the Courtroom.

11. Attendees in the Courtroom may not converse or make gestures or sounds that are disruptive to the proceedings or that distract jurors or witnesses.

12. Courtroom Number Two, located in the Courthouse, shall be used for overflow seating. The trial will be livestreamed into Courtroom Number Two via closed circuit.

13. The U.S. Marshal will designate an appropriate area near the Courthouse for media staging.

**SO ORDERED,** this 4th day of February, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA