# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CASE NO: 2:21-CR-22 |
| | ) | |
| **TRAVIS MCMICHAEL** | ) | |

## MOTION FOR PROTECTION DURING ATTORNEY VACATION

COMES NOW, United States of America, by and through Tara M. Lyons, the undersigned Assistant United States Attorney, and requests the Court grant her protection while engaged in personal vacation for the following dates:

a) April 4, 2022 through and including April 8, 2022.

Ms. Lyons, an attorney of record before this Court in the case listed above, requests that this motion for protection be applicable to all proceedings that might otherwise be scheduled in the case.

Respectfully submitted, this 4th day of February, 2022.

                                                    DAVID H. ESTES
                                                    UNITED STATES ATTORNEY

                                                    ***/s/ Tara M. Lyons***
                                                    Tara M. Lyons
                                                    South Carolina Bar No. 16573
                                                    Assistant United States Attorney
                                                    United States Attorney's Office
                                                    Southern District of Georgia
                                                    P.O. Box 2017
                                                    Augusta, Georgia 30903
                                                    T: (706) 724-0517
                                                    tara.lyons@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 4th day of February, 2022.

DAVID H. ESTES
UNITED STATES ATTORNEY

***/s/ Tara M. Lyons***
Tara M. Lyons
South Carolina Bar No. 16573
Assistant United States Attorney
United States Attorney's Office
Southern District of Georgia
P.O. Box 2017
Augusta, Georgia 30903
T: (706) 724-0517
tara.lyons@usdoj.gov