# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

UNITED STATES OF AMERICA,

v.                                                        CR 221-022

TRAVIS MCMICHAEL, GREGORY
MCMICHAEL and WILLIAM BRYAN,

     Defendants.

## ORDER

To protect the jury from trial publicity, extraneous influences and harassment, United States v. Brown, 250 F.3d 907, 917 (5th Cir. 2001) (citing Mayola v. State of Ala., 623 F.2d 992, 1002 (5th Cir. 1980); United States v. Harris, 458 F.2d 670, 674 (5th Cir. 1972)), and to ensure Defendants a fair trial, Gannett Co. v. DePasquale, 443 U.S. 368, 378 & n.5 (1979), the Court **ORDERS** the jury be sequestered throughout the course of the trial in this case.

**SO ORDERED**, this 14 day of February, 2022.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA