IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 221-22 |
| | ) | |
| TRAVIS MCMICHAEL, et al | ) | |

ORDER

For administrative purposes, the term of service for the jurors who sat in the above captioned matter, including alternate jurors, is hereby extended until August 31, 2022.

SO ORDERED, this 22 day of February, 2022.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA