UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO: 2:21-CR-22 |
| | ) | |
| v. | ) | |
| | ) | |
| TRAVIS MCMICHAEL | ) | |
| GREGORY MCMICHAEL, and | ) | |
| WILLIAM "RODDIE" BRYAN | ) | |

ORDER

Presently pending before the Court is the Government's Unopposed Motion to Seal Trial Exhibits.

After careful consideration, this Court finds that the public disclosure of Government's Exhibit Numbers 21 and 113 would be an unnecessary disclosure of graphic and sensitive photographs of the victim.

THEREFORE, IT IS ORDERED that the Government's Motion to Seal Government's Exhibit Numbers 21 and 113 is GRANTED.

SO ORDERED, this 1 day of June, 2022.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA