UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | No. 2:21CR22 |
| | ) | |
| TRAVIS McMICHAEL, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF APPEAL

Notice is hereby given that Travis McMichael, defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment entered in this action on August 18, 2022. (Doc 265)

Respectfully submitted this 22nd day of August, 2022.

ROUSE + COPELAND, LLC

 /s/ Amy Lee Copeland
Amy Lee Copeland
Georgia Bar No. 186730
Attorney for Defendant

602 Montgomery Street
Savannah, Georgia 31401
912.807.5000 (phone)
912.335.3440 (fax)
ALC@roco.pro

## CERTIFICATE OF SERVICE

I served a copy of this motion by filing it on the Court's CM/ECF portal, which generates a link to a file-stamped .pdf copy of this motion to all counsel of record in this case.

This 22nd day of August, 2022.

                                                ROUSE + COPELAND, LLC

                                                /s/ Amy Lee Copeland
                                                Amy Lee Copeland
                                                Georgia Bar No. 186730
                                                Attorney for Defendant

602 Montgomery Street
Savannah, Georgia 31401
912.807.5000 (phone)
912.335.3440 (fax)
ALC@roco.pro